[No. 50131-3-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY DOUGLAS ROBINSON, *Appellant*.

Appeal from judgments of the Superior Court for Whatcom County, Nos. 00-1-00565-5 and 00-1-00718-6, Steven J. Mura, J., entered January 16, 2002. *Reversed* by unpublished opinion per Agid, J., concurred in by Coleman and Kennedy, JJ.

[No. 50323-5-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT BRYANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 94-1-02096-6, Julie Spector, J., entered March 27, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 50349-9-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE PENALOZA-SOLANO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-01552-1, Jay V. White, J., entered March 22, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Baker and Cox, JJ.

[No. 50459-2-I.   Division One.   July 21, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD T. DUDLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07676-7, Michael J. Fox, J., entered April 12, 2002. *Affirmed* by unpublished per curiam opinion.